UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

---

No. 02-4547
(CR-01-47)

---

United States of America,

Plaintiff - Appellee,

versus

Tyrone Jackson,

Defendant - Appellant.

---

O R D E R

---

The court amends its opinion filed February 10, 2003, as follows:

On the cover sheet, section 3, line 3 -- the district judge's name is corrected to read "Malcolm J. Howard, District Judge."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee,*

v.                           No. 02-4547

TYRONE JACKSON,
    *Defendant-Appellant.*

Appeal from the United States District Court
for the Eastern District of North Carolina, at Greenville.
Malcolm J. Howard, District Judge.
(CR-01-47)

Submitted: January 29, 2003

Decided: February 10, 2003

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

Thomas P. McNamara, Federal Public Defender, Stephen C. Gordon, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Frank D. Whitney, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

## OPINION

PER CURIAM:

Tyrone Jackson appeals his convictions for armed bank robbery under 18 U.S.C. § 2113(a)(d) (2001), brandishing a firearm during a crime of violence under 18 U.S.C. § 924(c)(1)(A)(iii) (2001), and aiding and abetting under 18 U.S.C. § 2 (2000), and his subsequent 144-month sentence. On appeal, Jackson asserts the evidence was insufficient to sustain his convictions. Finding no reversible error, we affirm.

In reviewing a sufficiency of the evidence claim on appeal, we must sustain the verdict if the record contains "substantial evidence, taking the view most favorable to the Government, to support it." *Glasser v. United States*, 315 U.S. 60, 80 (1942). Applying this standard, we give due regard to the fact finder's prerogative to resolve questions of credibility. *United States v. Burgos*, 94 F.3d 849, 862-63 (4th Cir. 1996). With these principles in mind, we conclude the Government presented sufficient evidence for a reasonable trier of fact to find Jackson guilty beyond a reasonable doubt of the charges against him.

Accordingly, we affirm Jackson's convictions and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

2